# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christy Schragel, | No. CV-22-00832-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Investment Retrievers Incorporated, et al., | |
| Defendants. | |

**IT IS ORDERED** that the parties' Stipulation of Dismissal with Prejudice (Doc. 31) is granted.

**IT IS FURTHER ORDERED** that all pending motions are denied as moot and all hearings are vacated.

**IT IS FINALLY ORDERED** that the Clerk of Court shall dismiss this action **with prejudice**, with each party bearing their own attorneys' fees and costs.

Dated this 6th day of January, 2023.

Michael T. Liburdi
United States District Judge